| 215P16 | State v. Mickey Gene Mellon | 1. Def's PDR Under N.C.G.S. § 7A-31 (COA15-459) | 1. |
| | | 2. State's Motion for Temporary Stay | 2. Allowed **06/15/2016** |
| | | 3. State's Petition for *Writ of Supersedeas* | 3. |
| | | 4. State's PDR Under N.C.G.S. § 7A-31 | 4. |
| 217P16 | State v. Ali Mahamed Sheikh and Abdulkadir Sharif Ali | 1. Def's (Abdulkadir Sharif Ali) PDR Under N.C.G.S. § 7A-31 (COA15-688) | 1. Denied |
| | | 2. Def's (Ali Mahamed Sheikh) PDR Under N.C.G.S. § 7A-31 | 2. Denied |
| | | 3. Def's (Abdulkadir Sharif Ali) Motion to Amend PDR | 3. Allowed |
| 218P16 | Mike Campbell, Rhonda Campbell, Gail Campbell, John Fox, Jr., Sylvia Fox, Alan Harpe, Robin Harpe, Bill Sherrill, Norma Jean Sherrill, Richard Gordon, Susanne Gordon, Joe Brown, Patty Hewitt, Larry Marlin, First RX Pharmacy, Beth Bush, Charles McNiel, Carol McNiel, Nga Amador, Jack Moore, Maria Moore, Jody Parlier, Cathy Parlier, David Lynch, Judith Lynch, Victor McIntyre, Louise McIntyre, Brian Fox, Carrie Norman, Charles Johnson, Mary Johnson Landrea, Rhyne, Tom Brandon, Sara Brandon, Michael Kepley, Sandy Kepley, Vince Cherry, James Fox Worthy, Sheila Fox Worthy, Chuck Dockery, Kim Dockery, Bill Murdock, Jeannie Murdock, Shirley Silva, Brent Warren, Michelle Warren, Jim Howard, | Petitioners' PDR Under N.C.G.S. § 7A-31 (COA15-329) | Denied |